IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROY LEE JONES                                                                                    PLAINTIFF

v.                              No. 3:12-cv-227-DPM

CITY OF EARLE WATER AND
SEWAGE WORKS; DANNY CLARK,
Manager, City of Earle Water and
Sewage Works; and OTIS DAVIS,
Mayor, City of Earle                                                                          DEFENDANTS

JUDGMENT

Jones's complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

12 March 2013